

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00297-CV

**IN THE MATTER OF F.A.S.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-JUV-01811
Honorable Carmen Kelsey, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is indigent; no costs are taxed in this appeal.

SIGNED April 15, 2015.

_____
Patricia O. Alvarez, Justice